Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
STARBUCKS CORPORATION

Roderick P. Bushnell (Bar No. 46583)
bcflawyers@aol.com
BUSHNELL, CAPLAN & FIELDING, LLP
900 Kearny Street, Suite 299
San Francisco, CA  94133
Telephone:  415.217.3800
Facsimile:  415.217.3820

Leslie C. Leone (Bar No. 201258)
leslieleone@me.com
THE LAW OFFICE OF LESLIE LEONE
20 Sunnyside Ave., Suite A, #188
Mill Valley, CA 94941-1928
Telephone:  415.299.0066
Facsimile:  866.941.7811

Attorneys for Plaintiff
SARA K. SCHEUENSTUHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA K. SCHEUENSTUHL, | Case No.:  C10-03693 MEJ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES** |
| v. | |
| STARBUCKS CORPORATION and DOES 1 through 20, inclusive, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EXPERT DISCOVERY DEADLINES
Case No. C10-03693 MEJ

1 **WHEREAS**, the Court issued a Case Management Order on November 18, 2010, setting forth the following discovery deadlines ("Expert Discovery Deadlines"):

Disclosure of Rebuttal Expert Witness: August 8, 2011

Close of Expert Discovery: August 23, 2011;

**WHEREAS**, Plaintiff disclosed her expert witness on July 28, 2011;

**WHEREAS**, the parties are currently meeting and conferring on selecting a mediation date in late August or early September;

**WHEREAS**, the parties believe that it would be beneficial and cost-effective to extend the Expert Discovery Deadlines while they engage in further settlement discussions;

**WHEREAS**, the parties believe that good cause exists for a short continuance of the Expert Discovery Deadlines;

**THEREFORE**, it is hereby stipulated and agreed by and between the parties, through their counsel of record, that the deadline for Defendant to disclose its rebuttal expert witness be extended to November 3, 2011, and that expert discovery cutoff be extended to November 30, 2011.

DATED: August 4, 2011        **PERKINS COIE LLP**

By:   /s/ Jonmi N. Koo
         Jonmi N. Koo

Attorneys for Defendant
STARBUCKS CORPORATION

DATED: August 4, 2011        **BUSHNELL, CAPLAN & FIELDING, LLP**

By:   /s/ Roderick P. Bushnell
         Roderick P. Bushnell

Attorney for Plaintiff
SARA K. SCHEUENSTUHL

1  WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

4  DATED: August 8, 2011  
_____  
The Honorable Maria Elena James  
UNITED STATES MAGISTRATE JUDGE

1  ATTESTATION PURSUANT TO GENERAL ORDER 45

2      I, Jonmi Koo, attest that I obtained the concurrence of Roderick P. Bushnell, in filing this
3  document.

4      I declare under penalty of perjury of the laws of the United States that the foregoing is true
5  and correct.  Executed this 4th day of August, 2011, at San Francisco, California.

7                                              /s/ Jonmi N. Koo
                                                  Jonmi Koo