Farschad Farzan (Bar No. 215194)
FFarzan@perkinscoie.com
Jonmi N. Koo (Bar No. 233136)
JKoo@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
STARBUCKS CORPORATION

Roderick P. Bushnell (Bar No. 46583)
bcflawyers@aol.com
BUSHNELL, CAPLAN & FIELDING, LLP
900 Kearny Street, Suite 299
San Francisco, CA  94133
Telephone:  415.217.3800
Facsimile:  415.217.3820

Leslie C. Leone (Bar No. 201258)
leslieleone@me.com
THE LAW OFFICE OF LESLIE LEONE
20 Sunnyside Ave., Suite A, #188
Mill Valley, CA 94941-1928
Telephone:  415.299.0066
Facsimile:  866.941.7811

Attorneys for Plaintiff
SARA K. SCHEUENSTUHL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA K. SCHEUENSTUHL,<br><br>          Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.:  C10-03693 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY DEADLINE** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY DEADLINE
Case No. C10-03693 MEJ
18177-0232/LEGAL21580308.1

1   **WHEREAS**, the Court issued a Case Management Order on November 18, 2010, setting forth the fact discovery deadline as August 23, 2011;

3   **WHEREAS**, Plaintiff Sarah Scheuenstuhl ("Plaintiff") served Defendant Starbucks Corporation ("Starbucks") a Second Set of Requests for Production of Documents and First Set of Interrogatories on July 22, 2011 ("Discovery Requests");

6   **WHEREAS**, Starbucks responses to Plaintiff's Discovery Requests will be due on August 22, 2011;

8   **WHEREAS**, Starbucks sought a 9-day extension from Plaintiff to respond to the Discovery Requests;

10  **WHEREAS**, Plaintiff agrees to provide Starbucks with an extension to respond to the Discovery Requests until September 1, 2011;

12  **WHEREAS**, the parties will be engaging in mediation, and believe that good cause exists for a 9-day continuance of the discovery deadline to accommodate the parties' stipulated extension;

15  **THEREFORE**, it is hereby stipulated and agreed by and between the parties, through their counsel of record, that the deadline for Defendant to respond to fact discovery be extended to September 1, 2011.

DATED:  August 19, 2011            **PERKINS COIE LLP**

                                    By: _____/s/ Jonmi N. Koo_____
                                            Jonmi N. Koo

                                    Attorneys for Defendant
                                    STARBUCKS CORPORATION


DATED:  August 19, 2011            **BUSHNELL, CAPLAN & FIELDING, LLP**

                                    By: _____/s/ Roderick P. Bushnell_____
                                            Roderick P. Bushnell

                                    Attorney for Plaintiff
                                    SARA K. SCHEUENSTUHL

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY DEADLINE
Case No. C10-03693 MEJ
18177-0232/LEGAL21580308.1

1  WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

2

3

4  DATED: _August 22, 2011_____  _____
                                      The Honorable Maria Elena James
5                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE FACT DISCOVERY DEADLINE
Case No. C10-03693 MEJ
18177-0232/LEGAL21580308.1

1  ATTESTATION PURSUANT TO GENERAL ORDER 45

2     I, Jonmi Koo, attest that I obtained the concurrence of Roderick P. Bushnell, in filing this
3  document.
4     I declare under penalty of perjury of the laws of the United States that the foregoing is true
5  and correct.  Executed this 19th day of August, 2011, at San Francisco, California.

                                    /s/ Jonmi N. Koo
                                    Jonmi Koo