| | |
|---|---|
| 1 | RODERICK P. BUSHNELL (State Bar No. 46583) |
| | BUSHNELL, CAPLAN & FIELDING, LLP |
| 2 | 900 Kearny Street, Suite 299 |
| | San Francisco, California  94133 |
| 3 | Telephone:  (415) 217-3800 |
| | Facsimile:  (415) 217-3820 |
| 4 | rbushnell@sprynet.com |
| 5 | LESLIE C. LEONE (State Bar No. 201258) |
| | THE LAW OFFICE OF LESLIE LEONE |
| 6 | 20 Sunnyside Avenue, Suite A, #188 |
| | Mill Valley, California  94941-1928 |
| 7 | Cell/Office:  (415) 299-0066 |
| | Facsimile:  (866) 941-7811 |
| 8 | leslieleone@me.com |
| 9 | Attorneys for Plaintiff |
| | SARA K. SCHEUENSTUHL |
| 10 | |
| 11 | FARSCHAD FARZAN (State Bar No. 215194) |
| | JONMI N. KOO (233136) |
| | PERKINS COIE LLP |
| 12 | Four Embarcadero Center, Suite 2400 |
| | San Francisco, CA  94111-4131 |
| 13 | Telephone:  415.344.7000 |
| | Facsimile:  415.344.7050 |
| 14 | JKoo@perkinscoie.com |
| | FFarzan@perkinscoie.com |
| 15 | |
| 16 | Attorneys for Defendant |
| | STARBUCKS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SARA K. SCHEUENSTUHL, | ) | Case No.:  C10-03693 MEJ |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL WITH** |
| | ) | **PREJUDICE AND [PROPOSED] ORDER** |
| vs. | ) | |
| | ) | |
| STARBUCKS CORPORATION and DOES 1 | ) | |
| through 20, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

///

///

///

///

1  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff
2  Sara K. Scheuenstuhl and counsel for Defendant Starbucks Corporation, that pursuant to Federal
3  Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with
4  prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its
5  or her own costs and attorneys' fees.
6  IT IS SO STIPULATED.

7
8  DATED: September 29, 2011           **BUSHNELL, CAPLAN & FIELDING, LLP**
9                                      By: _____
10                                           Roderick P. Bushnell
11                                     Attorney for Plaintiff
                                        SARA K. SCHEUENSTUHL
12
13  DATED: September 29, 2011          **PERKINS COIE LLP**
14
                                        By: _____/s/ Jonmi N. Koo_____
15                                              Jonmi N. Koo
16                                     Attorneys for Defendant
                                        STARBUCKS CORPORATION
17
18
19  IT IS SO ORDERED.
    DATED: September 29, 2011
20
21                                      By: _____
22                                           The Honorable Maria-Elena James
                                             UNITED STATES DISTRICT COURT
23                                           MAGISTRATE JUDGE

24
    Stip for Dismissal with Prejudice and Prop Order_Scheuenstuhl.doc
25
26
27
28