1  RODERICK P. BUSHNELL (State Bar No. 46583)
   BUSHNELL, CAPLAN & FIELDING, LLP
2  900 Kearny Street, Suite 299
   San Francisco, California 94133
3  Telephone: (415) 217-3800
   Facsimile: (415) 217-3820
4  rbushnell@sprynet.com

5  LESLIE C. LEONE (State Bar No. 201258)
   THE LAW OFFICE OF LESLIE LEONE
6  20 Sunnyside Avenue, Suite A, #188
   Mill Valley, California 94941-1928
7  Cell/Office: (415) 299-0066
   Facsimile: (866) 941-7811
8  leslieleone@me.com

9  Attorneys for Plaintiff
   SARA K. SCHEUENSTUHL
10

11 FARSCHAD FARZAN (State Bar No. 215194)
   JONMI N. KOO (233136)
   PERKINS COIE LLP
12 Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
13 Telephone: 415.344.7000
   Facsimile: 415.344.7050
14 JKoo@perkinscoie.com
   FFarzan@perkinscoie.com
15
   Attorneys for Defendant
16 STARBUCKS CORPORATION

17                    UNITED STATES DISTRICT COURT
18                   NORTHERN DISTRICT OF CALIFORNIA

19 SARA K. SCHEUENSTUHL,              ) Case No.: C10-03693 MEJ
                                      )
20           Plaintiff,               ) **STIPULATION OF DISMISSAL WITH**
                                      ) **PREJUDICE AND [PROPOSED] ORDER**
21     vs.                            )
                                      )
22 STARBUCKS CORPORATION and DOES 1   )
   through 20, Inclusive,             )
23                                    )
             Defendants.              )
24 _____  )

25 ///

26 ///

27 ///

28 ///

|    |                                                                                                                                                                                                                                                                                                                                                                           |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Sara K. Scheuenstuhl and counsel for Defendant Starbucks Corporation, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or her own costs and attorneys' fees. |

IT IS SO STIPULATED.

DATED: September 29, 2011

**BUSHNELL, CAPLAN & FIELDING, LLP**

By: _____
     Roderick P. Bushnell

Attorney for Plaintiff
SARA K. SCHEUENSTUHL

DATED: September 29, 2011

**PERKINS COIE LLP**

By: _____/s/ Jonmi N. Koo_____
              Jonmi N. Koo

Attorneys for Defendant
STARBUCKS CORPORATION

IT IS SO ORDERED.

DATED: September 29, 2011

By: _____
The Honorable Maria-Elena James
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

Stip for Dismissal with Prejudice and Prop Order_Scheuenstuhl.doc